Richard JARZYNKA, Plaintiff–
Appellant,

v.

**ST. THOMAS UNIVERSITY SCHOOL
OF LAW, et al., Defendants,**

St. Thomas University, Inc.,
Defendant–Appellee.

No. 05–15406

United States Court of Appeals,
Eleventh Circuit.

Dec. 13, 2006.

Richard Jarzynka, Millvale, PA, pro se.

Anne Catherine Sullivan, Gaebe, Mullen, Antonelli, Esco & Dimatteo, Michael A. Mullen, Gaebe, Murphy, Mullen & Antonelli, Roberto J. Diaz, J. Patrick Fitzger-

ald, P.A., Coral Gables, FL, for Defendant–Appellee.

Before TJOFLAT, HULL and BOWMAN,* Circuit Judges.

PER CURIAM:

After review and oral argument in this diversity action, the Court concludes that the district court properly granted summary judgment to the defendant St. Thomas University on the claims of the plaintiff Richard Jarzynka.

**AFFIRMED.**